UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

5-29-01 \_\_\_\_
DAVID W DANIEL, CLERK
US DISTRICT COURT, EDNC

No. 5:96-CV-824-BR(3)

| | | |
|---|---|---|
| EMBREX, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SERVICE ENGINEERING, <u>et al.</u>, | ) | |
|     Defendants. | ) | |

    Before the court is defendant Edward G. Bounds, Jr.'s letter dated 20 January 2001, which

the court construes as a motion to strike award of attorneys fees and to assess the royalty payment.

Plaintiff filed a response to the letter. Having fully considered the motion, it is DENIED.

    This \_\_\_\_ May 2001.

                                    _____
                                    W. EARL BRITT
                                    Senior United States District Judge

/acp

